**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-11466 |
| | : | |
| HMD BUSINESS HOLDINGS | : | |
| & CONSULTING, LLC | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## MOTION TO SELL PROPERTY

NOW INTO COURT, through undersigned counsel, comes David V. Adler, trustee of the captioned estate ("Trustee"), who respectfully represents:

### Background, Jurisdiction, and Venue

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 9, 2014. Applicant is the duly-appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

2. This Court has jurisdiction over this case under 28 U.S.C.§ 1334 and this matter is a core proceeding under, without limitation, 28 U.S.C.§ 157(b)(2)(A) and (N). Venue of this case and this motion is proper in this district under 28 U.S.C. § 1408 and 1409. The statutory predicate for the relief sought herein is §§ 105 and 363 of the Bankruptcy Code, as complimented by Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

3. Included within the property of the estate is the equipment listed on the attached Exhibit "A" ("Property").

### The Sale and Credit Bid

4. Home Bank, successor to Statewide Bank and the mortgage holder on the

Property by virtue of its UCC-1 filing[1] (and as reflected on Proof of Claim No. 3), currently has a mortgage on the Property ("Home Bank Interest").

5.  Home Bank has offered $5,000 for the Property. The purchase price will be allocated as follows: (i) Home Bank will pay $1,250 in cash to the estate, and (ii) the remaining $3,750 shall be asserted as a credit bid against the amounts due and owing under the Home Bank Interest pursuant to 11 U.S.C. §363(k). As part of the purchase price, Home Bank has also agreed to reduce its claim against the estate by $3,750, the amount of the credit bid. The $1,250 proceeds payable to the estate will be retained by the Trustee free and clear of any liens, claims or other encumbrances.

6.  The Trustee believes that the offer is fair and reasonable and that the disposition of the Property to Home Bank on the terms and conditions set forth herein is in the best interests of the estate. The Trustee has had ServCorp International, Inc. do an evaluation of the Property, and Bradley Mutz, a licensed auctioneer and appraiser with ServCorp, has advised that the property would most likely bring between $4,000 and $6,000 at auction. Taking into account a 10% auctioneer's commission to sell the Property, and the pick-up and storage costs associated with brining the Property to auction, the Trustee believes that the consensual sale to Home Bank represents the best alternative for the administration of the Property.

7.  Home Bank has agreed to pay the $1,250 cash consideration for the Property to the Trustee within 10 days of the entry of the order approving the sale.

---

[1] The UCC-1 was originally filed under File No. 52-46059 on 1/30/08 and was thereafter re-inscribed by Continuation File No. 52-66711 on 12/14/12.

WHEREFORE, the Trustee prays as follows:

a. That the Court approve the sale of the Property to Home Bank on the terms and conditions set forth herein; and

b. For such other and further relief as is just.

                Respectfully submitted,

                GORDON, ARATA, McCOLLAM,
                DUPLANTIS & EAGAN, LLC
                201 Charles Ave., 40th Floor
                New Orleans, Louisiana  70170-4000
                Telephone:  (504) 582-1111
                Fax:  (504) 582-1121

                By: */s/ Fernand L. Laudumiey, IV*
                      David J. Messina, #18341
                      Fernand L. Laudumiey, IV, #24518
                Attorneys for David V. Adler, Trustee

# EXHIBIT "A"

1 – Smoothie King Refueling Station (refrigerator) – True Manufacturing Company
1 – Large Double Door Steel True Refrigerator
1 – Large Triple Door Steel True Refrigerator
1 – Steel Refrigerator Case
1 – Small Freezer Case
1 – Large Freezer Case
1 – Steel Table
1 – White Master-Bilt Freezer (no lid)
5 – Steel Racks